UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANNE MARIE MANGANO                               JURY TRIAL DEMANDED

v.                                                CASE NO.  3:11CV

BENJAMIN MORRIS
CUDA & ASSOCIATES, LLC

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, the Connecticut Creditor's Collection Practices Act ("CCPA"), and the Connecticut Unfair Trade Practices Act.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff was the holder of a personal Citibank credit card.

5. On or about August 7, 2009, Defendants sent a collection letter to plaintiff claiming that CUDA & Associates, LLC ("CUDA"), recently purchased her account, and the balance was $17,856.95.

6. On August 12, 2009, plaintiff mailed to defendant a request for verification of the account.

7. Without responding to the request, on December 15, 2010, defendants continued their efforts to collect.

8. In particular, Defendants filed a false Certification that the pleadings had been closed, in FST-CV-10-6003375-S.

9. On December 23, 2010, defendants finally responded to the plaintiff's request for verification. Despite initially claiming that the balance was over $17,000, defendants'

verification showed an outstanding balance of some $11,000.

10. Defendants' verification also claimed, falsely, that the letter included a statement that had been mailed to plaintiff.

11. Defendant Morris is an owner and managing member of CUDA as well as its attorney.

FIRST COUNT

12.  In the collection efforts after December 1, 2010, defendants violated the FDCPA, § 1692e, -f(1), or -g.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages under the FDCPA, and $1,000 statutory damages under the CCPA.

2.  Award the plaintiff costs of suit and a reasonable attorney's fee.

3.  Award such other and further relief as law or equity may provide.

                                THE PLAINTIFF


                                BY__/s/ Joanne S. Faulkner__
                                JOANNE S. FAULKNER ct04137
                                123 AVON STREET
                                NEW HAVEN, CT 06511-2422
                                (203) 772-0395
                                faulknerlawoffice@snet.net